**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EVAN M. SPARKS**                                                                 **PLAINTIFF**

**v.**                                          **Case No. 3:25-cv-00096-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Evan M. Sparks's complaint is dismissed with prejudice.  The relief requested is denied.

It is so adjudged this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge